IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff | | |
| | * | |
| v. | | Civil No.: CCB-00-0219 |
| | * | |
| **ROBERT E. BEAN** | | |
| Defendant | * | |

\_\_\_\_\_FILED   \_\_\_\_\_ENTERED
\_\_\_\_\_LODGED   \_\_\_\_\_RECEIVED

APR 1 9 2000

**ORDER**

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY \_\_\_\_\_ DEPUTY

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 18th day of April, 2000,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

_____
Catherine Blake
United States District Judge

U.S. District Court (Rev. 12/1999)