IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED ____ ENTERED
____ RECEIVED
DEC 1 1 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| SANDRA JEANETTE MILLER | * | |
| v. | * | |
| AMERICAN DEVELOPMENT, LLC | * | |
| a/k/a AMERICAN CONSOLIDATORS | * | Civil Action No. |
| and | * | |
| ANTONIO ALVAREZ REYNOS | * | WMN 00CV 1098 |
| Defendants | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

STIPULATED REQUEST TO MODIFY
SCHEDULING ORDER

Defendants, AMERICAN DEVELOPMENT, LLC a/k/a AMERICAN

CONSOLIDATORS and ANTONIO ALVAREZ REYNOS, by their attorneys, Brian S. Goodman,

Nicole E. Ames and Fedder and Garten Professional Association and Plaintiff, SANDRA

JEANETTE MILLER, by her attorney, ALVIN SELLMAN, pursuant to Local Rule 103.9 and App.

A Guideline 2, request the Court to modify the Scheduling Order entered in this case and in support

thereof state as follows:

1.    This case involves a motor vehicle accident in which the Plaintiff alleges serious and

significant injuries to both of her arms, neck and low back.

2.    On May 16, 2000, the Court entered the following Scheduling Order:

| | |
|---|---|
| Joint request for early settlement/ADR conference | May 30, 2000 |
| Report re deposition hours | May 30, 2000 |
| Rule 26(a)(1) initial disclosures | June 6, 2000 |
| Moving for joinder of addition parties and amendment of pleadings | June 30, 2000 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | July 17, 2000 |
| Defendant's Rule 26(a)(2) disclosures re experts | August 14, 2000 |

| | |
|---|---|
| **Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts** | **August 28, 2000** |
| **Rule 26(e)(2) supplementation of disclosures and responses** | **September 5, 2000** |
| **Discovery deadline and submission of status report** | **September 28, 2000** |
| **Requests for admission** | **October 5, 2000** |
| **Dispositive pretrial motions deadline** | **October 30, 2000** |

3.  Due to the ongoing treatment of the Plaintiff for her injuries which were allegedly

    sustained as a result of the incident at issue in this suit, the parties filed a Stipulated

    Request to Modify the Scheduling Order which was granted on September 6, 2000.

    The Scheduling Order was modified as follows:

| | |
|---|---|
| **Rule 26(e)(2) supplementation of disclosures and responses** | **December 6, 2000** |
| **Discovery deadline and submission of status report** | **December 27, 2000** |
| **Requests for admission** | **January 3, 2001** |
| **Dispositive pretrial motions deadline** | **January 29, 2001** |

4.  While the Defendants' counsel has made every effort to comply with the above

    deadlines, due to the Plaintiff's ongoing treatment, including most recently on

    October, 13, 2000 a surgery on the Plaintiff's right wrist where bone graft was added

    to the fracture site and which has allegedly necessitated follow up visits, the parties

    do not believe that they will be able to comply with the Discovery deadline of

    December 27, 2000, as well as the remaining deadlines.

5.  Personnel from the Defendants' counsel's office as well as the Defendants' counsel

    has contacted Plaintiff's counsel numerous times over the past several months to

    discuss scheduling the depositions of the Plaintiff and the Plaintiff's medical experts

    and Plaintiff's counsel has informed them that while he would certainly agree to the

    depositions, the Plaintiff was still undergoing treatment with the named medical

    experts and therefore it would probably not be in the Defendants' best interest to

    depose the Plaintiff's medical experts at this time.

6.     Due to the fact that the Plaintiff is still undergoing treatment, it will be impossible

for the parties to fully engage in the necessary discovery of medical experts prior to

the December 27, 2000 deadline.

7.     Accordingly, the parties have agreed to the modification of the Court's Scheduling

Order as follows:

| | |
|---|---|
| Discovery deadline and submission of status report | February  27, 2000 |
| Requests for admission | March  3, 2001 |
| Dispositive pretrial motions deadline | March 29, 2001 |

6.     While the parties understand that this is their second request for a modification of

the Court's Scheduling Order, the parties believe, in good faith, that no further

modification of the Scheduling Order will be needed.

For the above stated reasons, the parties respectfully request that this Court modify the

Scheduling Order as requested.


                                      Respectfully submitted,


Brian S. Goodman #03212                          Alvin Sellman
Nicole E. Ames #14303                            200 E. Lexington Street
Fedder and Garten Professional Association       Lower Suite
2300 Charles Center South                        Baltimore, Maryland 21202
36 South Charles Street                          (410) 727-4979
Baltimore, Maryland  21201                       (410) 539-6440 (FAX)
(410)539-2800                                    *Attorney for Plaintiff*
(410) 659-0543 (FAX)
*Attorney for Defendants*


## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED  that on this 8th day of December, 2000, a copy of the
foregoing Stipulated Request to Modify Scheduling Order was mailed, postage-paid to:

Alvin Sellman, Esquire
200 E. Lexington Street
Lower Suite
Baltimore, Maryland 21202
(410) 727-4979

Brian S. Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

SANDRA JEANETTE MILLER                *

v.                                                           *

AMERICAN DEVELOPMENT, LLC        *
a/k/a AMERICAN CONSOLIDATORS           Civil Action No.
                                                              *
and
                                                              *     WMN 00CV 1098
ANTONIO ALVAREZ REYNOS

      Defendants                  *

*     *     *     *     *     *     *     *     *     *     *     *     *

## ORDER

Upon consideration of parties' Stipulated Request to Modify Scheduling Order, it is this

_____ *12* ᵗʰ _____ day of _____ *December* _____, 2000

OREDERED that the Request is GRANTED and that the Scheduling Order be *modified* as

follows:

| | |
|---|---|
| Discovery deadline and submission of status report | February 27, 2000 |
| Requests for admission | March 3, 2001 |
| Dispositive pretrial motions deadline | March 29, 2001 |

_____
Date

_____
William M. Nickerson
U.S. District Judge