UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

March 5, 2001

Alvin Sellman, Esq.
200 E. Lexington St.
Lower Level Court Square Bldg.
Baltimore, MD 21202

Brian S. Goodman, Esq.
Nicole E. Ames, Esq.
Fedder & Garten
36 S. Charles St.
Baltimore, MD 21201-1036

     Re:    Miller v. American Development, LLC, et al.
               Civil Action No. WMN-00-1098

Dear Counsel:

     Thank you for your recent status report.

     I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Tuesday, March 27, 2001 at 9:30 a.m. At that time I shall expect counsel to brief me on what remains to be done in this case and to be prepared to schedule further proceedings.

               Very truly yours,

               William M. Nickerson
               United States District Judge

WMN:ce